WO

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | |
|---|---|
| Plaintiff, | No. 08-6124M |
| v. | **ORDER** |
| Cristo Guadalupe Soto-Lugo, | |
| Defendant. | |

Upon motion of the United States, and good cause appearing,

**IT IS ORDERED** vacating the change-of-plea hearing set for July 10, 2008 at 1:30 p.m. before the undersigned.

DATED this 27th day of June, 2008.

Lawrence O. Anderson
United States Magistrate Judge